■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAKIM BRUNSON, Also Known as SHAKIM BRUNSON, Appellant. [41 NYS3d 416]—

Judgments, Supreme Court, New York County (Jill Konviser, J.), rendered July 29, 2014, convicting defendant, upon his guilty pleas, of burglary in the third degree and grand larceny in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of two to four years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion to vacate his guilty plea under his burglary indictment (*see generally People v Frederick*, 45 NY2d 520 [1978]). Defendant's claims of innocence were contradictory or unfounded, and his claim that he was mentally unfit to take the plea due to his alleged failure to take prescribed antipsy-

chotic medication was refuted by the plea allocution and the court's recollection of defendant's demeanor. Concur—Mazzarelli, J.P., Renwick, Richter, Manzanet-Daniels and Feinman, JJ.